# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RHONDA M. ASK, ) | |
| ) | Case No. CV-08-224-LMB |
| Petitioner, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| MICHAEL ASTRUE, COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Respondent. ) | |
| ) | |

In accordance with the Memorandum Decision and Order filed with this Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED in its entirety with prejudice.

DATED: **March 29, 2010**.

Honorable Larry M. Boyle
Chief U. S. Magistrate Judge

**JUDGMENT  - 1**